**Travor Lance MABOU, Individually and on Behalf of Alex Mabou, on Behalf of Krysta Mabou; Stacey Mabou, Individually and on Behalf of Krista Bettevy; Taylor Mabou, Plaintiffs–Appellants,**

. v.

**GOVERNMENT EMPLOYEES INSURANCE CO., Defendant–Appellee.**

No. 06–30874.

United States Court of Appeals, Fifth Circuit.

Aug. 9, 2007.

Darrel Dee Ryland, Marksville, LA, for Plaintiffs–Appellants.

Russell L. Potter, Stafford, Stewart & Potter, Alexandria, LA, Defendant–Appellee.

Before JONES, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The court has considered Appellants' position in light of oral argument, the briefs, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

**AFFIRMED.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

